# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

KREDIT KARD SERVICES, LLC

VERSUS

REVERSE MY FEES, LLC D/B/A
RESOLUTE PAYMENT

NO.   2026 CW 0394

**JUNE 15, 2026**

---

In Re:   Reverse My Fees, LLC d/b/a Resolute Payment, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 202610266.

---

BEFORE:   **WOLFE, HESTER, AND BALFOUR, JJ.**

**WRIT DISMISSED.** Pursuant to relator's motion to withdraw application, which represents this writ application is now moot, considering that the district court reconsidered and vacated the January 22, 2026 order, this writ is dismissed.

EW
CHH
KEB

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT